STATE v. GODWIN

No. 518P96

Case below: 124 N.C.App. 460

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997. Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 10 April 1997.

STATE v. GUNTER

No. 80P97

Case below: 125 N.C.App. 215

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997.

STATE v. HAMILTON

No. 95P97

Case below: 125 N.C.App. 396

Notice of appeal by defendant (substantial constitutional question) dismissed by the Court ex mero motu 10 April 1997. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997.

STATE v. HEATH

No. 88P97

Case below: 125 N.C.App. 420

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 10 April 1997.

STATE v. HILL

No. 69P97

Case below: 125 N.C.App. 213

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997.